# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VICKI E. MORELLI,

          Plaintiff,

-vs-                                     Case No. 6:02-cv-1533-Orl-28JGG

AGERE SYSTEMS, INC., LUCENT
TECHNOLOGIES, INC.,

          Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motions:

| MOTION: | PLAINTIFF'S MOTION FOR PROTECTIVE ORDER THAT PERMITS PLAINTIFF TO INQUIRE INTO AREAS NOTICED IN PLAINTIFF'S NOTICE FOR TAKING OF 30(b)(6) DEPOSITION (Doc. No. 27) |
|---|---|
| FILED: | April 5, 2004 |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

| MOTION: | DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND CROSS-MOTION FOR PROTECTIVE ORDER (Doc. No. 28) |
|---|---|
| FILED: | April 8, 2004 |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Plaintiff's motion for a protective order [Docket No. 27] is, in fact, a motion to compel. As such, it is **ORDERED** that Plaintiff's motion for protective order is **GRANTED** as to Topic No. 1. Defendants shall produce Susan Eckert for further deposition at the scheduled 30(b)(6) deposition. It is

**FURTHER ORDERED** that Plaintiff's motion is **GRANTED** in part and **DENIED** in part as to Topic No. 17. Defendants shall produce a witness to testify to defendants' affirmative defenses nos. 2, 3, and 4. With respect to defendants' affirmative defenses nos. 1, 5, and 6, the motion is **DENIED**. It is

**FURTHER ORDERED** that as to Topics 2-9, 11, and 15, Plaintiff's motion is **GRANTED** in part. Defendants shall produce Kenneth Frazee to testify at the deposition. Frazee's individual deposition and 30(b)(6) deposition shall be combined into a single deposition. It is

**FURTHER ORDERED** that Defendants' Cross-Motion for Protective Order is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** to the extent that Mr. Frazee's individual deposition and 30(b)(6) deposition shall be combined into a single deposition. The motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida this _____ day of April, 2004.

                                        JAMES G. GLAZEBROOK
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

F I L E   C O P Y

Date Printed: 04/09/2004

Notice sent to:

    Joseph Egan Jr., Esq.
    Egan, Lev & Siwica, P.A.
    231 East Colonial Dr.
    P.O. Box 2231
    Orlando, FL  32802-2221

    6:02-cv-01533     jrm

    Kathryn Sydny Piscitelli, Esq.
    Egan, Lev & Siwica, P.A.
    231 East Colonial Dr.
    P.O. Box 2231
    Orlando, FL  32802-2221

    6:02-cv-01533     jrm

    Robert W. Cameron, Esq.
    Littler Mendelson
    Dominion Tower, 26th Floor
    625 Liberty Ave.
    Pittsburgh, PA  15222

    6:02-cv-01533     jrm

    Theodore A. Schroeder, Esq.
    Littler Mendelson
    Dominion Tower, 26th Floor
    625 Liberty Ave.
    Pittsburgh, PA  15222

    6:02-cv-01533     jrm

    Carol Celeiro Lumpkin, Esq.
    Littler Mendelson, P.C.
    One Biscayne Tower, Suite 1500
    Two South Biscayne Blvd.
    Miami, FL  33131

    6:02-cv-01533     jrm

    Judd J. Goldberg, Esq.
    Littler Mendelson, P.C.
    One Biscayne Tower, Suite 1500
    Two South Biscayne Blvd.
    Miami, FL  33131

    6:02-cv-01533     jrm