UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICKI MORELLI,

    Plaintiff,

vs.                                                                                          Case. No.: 6:02-CV-1533-Orl-28JGG

AGERE SYSTEMS, INC.;
LUCENT TECHNOLOGIES, INC.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff provides notice that the parties have reached a settlement in this case. The parties will jointly file a notice of dismissal with the Court upon payment in full of settlement proceeds. Counsel for Defendants consents to the filing of this notice and agrees with the representations herein.

**Certificate of Service**

       I hereby certify that on July 20, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Theodore A. Schroeder; Robert W. Cameron; Carol Celeiro Lumpkin; Judd J. Goldberg; Joseph Egan; and Kathryn Sydny Piscitelli.  I further certify that on July 20, 2004, copies of the foregoing were sent by U.S. Mail to the following:  Robert W. Cameron, Esquire, and Theodore Schroeder, Esquire, 625 Liberty Ave, Dominion Tower, 26th Floor, Pittsburgh, PA 15222; and Carol C. Lumpkin, Esquire, and Judd J. Goldberg, Esquire, Littler Mendelson, P.C., One Biscayne Tower, 2 South Biscayne Blvd, Suite 1500, Miami, FL 33131-1804.

                                                     Respectfully submitted,

                                                     **s/ Kathryn Sydny Piscitelli**
                                                     Kathryn S. Piscitelli, Esquire
                                                     Fla. Bar No. 368598
                                                     EGAN, LEV & SIWICA, P.A.
                                                     P.O. Box 2231
                                                     Orlando, FL 32801
                                                     Telephone:  407-422-1400
                                                     Facsimile:   407-422-3658
                                                     E-mail: kathip@bellsouth.net


                                                     **s/ Joseph Egan**
                                                     Joseph Egan, Jr., Esquire
                                                     Fla. Bar No. 180102
                                                   EGAN, LEV & SIWICA, P.A.
                                                   P.O. Box 2231
                                                   Orlando, FL 32801
                                                   Telephone:  407-422-1400
                                                   Facsimile:   407-422-3658
                                                   E-mail: jegan@eganlev.com